■ In the Matter of ROY W. MALSKY, Respondent, v INCOR-PORATED VILLAGE OF NORTHPORT, Appellant. [609 NYS2d 880] — Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Jones, J. (Appeal from Judgment of Supreme Court, Suffolk County, Jones, J.—Article 78.) Present—Callahan, J. P., Pine, Lawton, Doerr and Davis, JJ.